

NBC Pittston Merchants, LLC    770 Cochituate Rd. Framingham, MA 01701
Brenda Rodriguez    207 Village Dr Taylor, PA 18517

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Brenda Rodriguez | NBC Pittston Merchants, LLC | 991122969 | 02/01/2026 | 02/07/2026 | 02/13/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 30.04 | 699.95 | 124.25 | 107.68 | 52.93 | 415.09 |
| YTD | 225.77 | 6,138.37 | 1,281.15 | 947.42 | 365.77 | 3,544.03 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| DC Incent | 02/01/2026 - 02/07/2026 | 0 | 0 | 32.35 | 356.88 | OASDI | 36.56 | 305.39 |
| Holiday | | | 0 | | 643.50 | Medicare | 8.55 | 71.42 |
| PTO Incent | | | 0 | | 49.56 | Federal Withholding | 37.08 | 358.85 |
| Prem OT Half | 02/01/2026 - 02/07/2026 | 0.06 | 11.64 | 0.70 | 8.59 | State Tax - PA | 18.10 | 151.21 |
| OT Earnings | 02/01/2026 - 02/07/2026 | 0.06 | 22.2 | 1.34 | 15.95 | SUI-Employee Paid - PA | 0.49 | 4.30 |
| Time Entry | 02/01/2026 - 02/07/2026 | 29.98 | 22.2 | 665.56 | 4,849.39 | City Tax - PTSTN | 5.90 | 49.25 |
| Vacation Pay | | | 0 | | 214.50 | PA LST - PTSTN | 1.00 | 7.00 |
| Earnings | | | | 699.95 | 6,138.37 | Employee Taxes | 107.68 | 947.42 |

| Pretax Deductions | | | Posttax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 10.30 | 113.30 | TJX 401K Loan (Loan 01) | 41.08 | 282.82 |
| Medical | 99.95 | 1,099.45 | Union Dues | 11.85 | 82.95 |
| TJX401K | 14.00 | 68.40 | | | |
| Pretax Deductions | 124.25 | 1,281.15 | Posttax Deductions | 52.93 | 365.77 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 589.70 | 4,925.62 |
| Medicare - Taxable Wages | 589.70 | 4,925.62 |
| Federal Withholding - Taxable Wages | 575.70 | 4,857.22 |
| State Tax Taxable Wages - PA | 589.70 | 4,925.62 |
| City Tax Taxable Wages - PTSTN | 589.70 | 4,925.62 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | Personal Hours | 30 | 0 | 30 |
| Total Dependent Amount | 0 | | Sick Hours | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | Vacation Hours | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| PNC | PNC ******2432 | ******2432 | | 415.09 | USD |



NBC Pittston Merchants, LLC    770 Cochituate Rd. Framingham, MA 01701
Brenda Rodriguez    207 Village Dr Taylor, PA 18517

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Brenda Rodriguez | NBC Pittston Merchants, LLC | 991122969 | 02/08/2026 | 02/14/2026 | 02/20/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.06 | 960.57 | 138.43 | 166.93 | 52.93 | 602.28 |
| YTD | 265.83 | 7,098.94 | 1,419.58 | 1,114.35 | 418.70 | 4,146.31 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| DC Incent | 02/08/2026 - 02/14/2026 | 0 | 0 | 70.15 | 427.03 | OASDI | 52.16 | 357.55 |
| Holiday | | | 0 | | 643.50 | Medicare | 12.20 | 83.62 |
| PTO Incent | | | 0 | | 49.56 | Federal Withholding | 66.66 | 425.51 |
| Prem OT Half | 02/08/2026 - 02/14/2026 | 0.09 | 11.975 | 1.08 | 9.67 | State Tax - PA | 25.83 | 177.04 |
| OT Earnings | 02/08/2026 - 02/14/2026 | 0.09 | 22.2 | 2.00 | 17.95 | SUI-Employee Paid - PA | 0.67 | 4.97 |
| Time Entry | 02/08/2026 - 02/14/2026 | 39.97 | 22.2 | 887.34 | 5,736.73 | City Tax - PTSTN | 8.41 | 57.66 |
| Vacation Pay | | | 0 | | 214.50 | PA LST - PTSTN | 1.00 | 8.00 |
| Earnings | | | | 960.57 | 7,098.94 | Employee Taxes | 166.93 | 1,114.35 |

| Pretax Deductions | | | Posttax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 10.30 | 123.60 | TJX 401K Loan (Loan 01) | 41.08 | 323.90 |
| Medical | 106.00 | 1,205.45 | Union Dues | 11.85 | 94.80 |
| TJX401K | 19.22 | 87.62 | | | |
| Vision Care | 2.91 | 2.91 | | | |
| Pretax Deductions | 138.43 | 1,419.58 | Posttax Deductions | 52.93 | 418.70 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 841.36 | 5,766.98 |
| Medicare - Taxable Wages | 841.36 | 5,766.98 |
| Federal Withholding - Taxable Wages | 822.14 | 5,679.36 |
| State Tax Taxable Wages - PA | 841.36 | 5,766.98 |
| City Tax Taxable Wages - PTSTN | 841.36 | 5,766.98 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | Personal Hours | 0 | 0 | 30 |
| Total Dependent Amount | 0 | | Sick Hours | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | Vacation Hours | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PNC | PNC ******2432 | ******2432 | | 602.28 USD |



NBC Pittston Merchants, LLC    770 Cochituate Rd. Framingham, MA 01701
Brenda Rodriguez    207 Village Dr Taylor, PA 18517

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Brenda Rodriguez | NBC Pittston Merchants, LLC | 991122969 | 02/15/2026 | 02/21/2026 | 02/27/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.07 | 962.42 | 138.46 | 167.38 | 52.93 | 603.65 |
| YTD | 305.90 | 8,061.36 | 1,558.04 | 1,281.73 | 471.63 | 4,749.96 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| DC Incent | 02/15/2026 - 02/21/2026 | 0 | 0 | 71.42 | 498.45 | OASDI | 52.28 | 409.83 |
| Holiday | | | 0 | | 643.50 | Medicare | 12.23 | 95.85 |
| PTO Incent | | | 0 | | 49.56 | Federal Withholding | 66.88 | 492.39 |
| Prem OT Half | 02/15/2026 - 02/21/2026 | 0.12 | 11.99 | 1.44 | 11.11 | State Tax - PA | 25.89 | 202.93 |
| OT Earnings | 02/15/2026 - 02/21/2026 | 0.12 | 22.2 | 2.67 | 20.62 | SUI-Employee Paid - PA | 0.67 | 5.64 |
| Time Entry | 02/15/2026 - 02/21/2026 | 39.95 | 22.2 | 886.89 | 6,623.62 | City Tax - PTSTN | 8.43 | 66.09 |
| Vacation Pay | | | 0 | | 214.50 | PA LST - PTSTN | 1.00 | 9.00 |
| Earnings | | | | 962.42 | 8,061.36 | Employee Taxes | 167.38 | 1,281.73 |

| Pretax Deductions | | | Posttax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 10.30 | 133.90 | TJX 401K Loan (Loan 01) | 41.08 | 364.98 |
| Medical | 106.00 | 1,311.45 | Union Dues | 11.85 | 106.65 |
| TJX401K | 19.25 | 106.87 | | | |
| Vision Care | 2.91 | 5.82 | | | |
| Pretax Deductions | 138.46 | 1,558.04 | Posttax Deductions | 52.93 | 471.63 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 843.21 | 6,610.19 |
| Medicare - Taxable Wages | 843.21 | 6,610.19 |
| Federal Withholding - Taxable Wages | 823.96 | 6,503.32 |
| State Tax Taxable Wages - PA | 843.21 | 6,610.19 |
| City Tax Taxable Wages - PTSTN | 843.21 | 6,610.19 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | Personal Hours | 0 | 0 | 30 |
| Total Dependent Amount | 0 | | Sick Hours | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | Vacation Hours | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PNC | PNC ******2432 | ******2432 | | 603.65    USD |



NBC Pittston Merchants, LLC    770 Cochituate Rd. Framingham, MA 01701
Brenda Rodriguez    207 Village Dr Taylor, PA 18517

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Brenda Rodriguez | NBC Pittston Merchants, LLC | 991122969 | 02/22/2026 | 02/28/2026 | 03/06/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.16 | 922.74 | 137.67 | 158.04 | 52.93 | 574.10 |
| YTD | 346.06 | 8,984.10 | 1,695.71 | 1,439.77 | 524.56 | 5,324.06 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| DC Incent | 02/22/2026 - 02/28/2026 | 0 | 0 | 39.38 | 537.83 | OASDI | 49.82 | 459.65 |
| Holiday | | | 0 | | 643.50 | Medicare | 11.65 | 107.50 |
| PTO Incent | | | 0 | | 49.56 | Federal Withholding | 62.21 | 554.60 |
| Prem OT Half | 02/22/2026 - 02/28/2026 | 0.16 | 11.465 | 1.84 | 12.95 | State Tax - PA | 24.67 | 227.60 |
| OT Earnings | 02/22/2026 - 02/28/2026 | 0.16 | 21.95 | 3.52 | 24.14 | SUI-Employee Paid - PA | 0.65 | 6.29 |
| Time Entry | 02/22/2026 - 02/28/2026 | 40 | 21.95 | 878.00 | 7,501.62 | City Tax - PTSTN | 8.04 | 74.13 |
| Vacation Pay | | | 0 | | 214.50 | PA LST - PTSTN | 1.00 | 10.00 |
| Earnings | | | | 922.74 | 8,984.10 | Employee Taxes | 158.04 | 1,439.77 |

| Pretax Deductions | | | Posttax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 10.30 | 144.20 | TJX 401K Loan (Loan 01) | 41.08 | 406.06 |
| Medical | 106.00 | 1,417.45 | Union Dues | 11.85 | 118.50 |
| TJX401K | 18.46 | 125.33 | | | |
| Vision Care | 2.91 | 8.73 | | | |
| Pretax Deductions | 137.67 | 1,695.71 | Posttax Deductions | 52.93 | 524.56 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 803.53 | 7,413.72 |
| Medicare - Taxable Wages | 803.53 | 7,413.72 |
| Federal Withholding - Taxable Wages | 785.07 | 7,288.39 |
| State Tax Taxable Wages - PA | 803.53 | 7,413.72 |
| City Tax Taxable Wages - PTSTN | 803.53 | 7,413.72 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | Personal Hours | 0 | 0 | 30 |
| Total Dependent Amount | 0 | | Sick Hours | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | Vacation Hours | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| PNC | PNC ******2432 | ******2432 | | 574.10 | USD |



NBC Pittston Merchants, LLC    770 Cochituate Rd. Framingham, MA 01701
Brenda Rodriguez    207 Village Dr Taylor, PA 18517

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Brenda Rodriguez | NBC Pittston Merchants, LLC | 991122969 | 03/01/2026 | 03/07/2026 | 03/13/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 36.01 | 822.68 | 135.67 | 134.46 | 52.93 | 499.62 |
| YTD | 382.07 | 9,806.78 | 1,831.38 | 1,574.23 | 577.49 | 5,823.68 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| DC Incent | 03/01/2026 - 03/07/2026 | 0 | 0 | 31.33 | 569.16 | OASDI | 43.62 | 503.27 |
| Holiday | | | 0 | | 643.50 | Medicare | 10.20 | 117.70 |
| PTO Incent | | | 0 | | 49.56 | Federal Withholding | 50.44 | 605.04 |
| Prem OT Half | 03/01/2026 - 03/07/2026 | 0.08 | 11.41 | 0.92 | 13.87 | State Tax - PA | 21.60 | 249.20 |
| OT Earnings | 03/01/2026 - 03/07/2026 | 0.08 | 21.95 | 1.76 | 25.90 | SUI-Employee Paid - PA | 0.57 | 6.86 |
| Time Entry | 03/01/2026 - 03/07/2026 | 35.93 | 21.95 | 788.67 | 8,290.29 | City Tax - PTSTN | 7.03 | 81.16 |
| Vacation Pay | | | 0 | | 214.50 | PA LST - PTSTN | 1.00 | 11.00 |
| Earnings | | | | 822.68 | 9,806.78 | Employee Taxes | 134.46 | 1,574.23 |

| Pretax Deductions | | | Posttax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 10.30 | 154.50 | TJX 401K Loan (Loan 01) | 41.08 | 447.14 |
| Medical | 106.00 | 1,523.45 | Union Dues | 11.85 | 130.35 |
| TJX401K | 16.46 | 141.79 | | | |
| Vision Care | 2.91 | 11.64 | | | |
| Pretax Deductions | 135.67 | 1,831.38 | Posttax Deductions | 52.93 | 577.49 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 703.47 | 8,117.19 |
| Medicare - Taxable Wages | 703.47 | 8,117.19 |
| Federal Withholding - Taxable Wages | 687.01 | 7,975.40 |
| State Tax Taxable Wages - PA | 703.47 | 8,117.19 |
| City Tax Taxable Wages - PTSTN | 703.47 | 8,117.19 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | Personal Hours | 0 | 0 | 30 |
| Total Dependent Amount | 0 | | Sick Hours | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | Vacation Hours | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PNC | PNC ******2432 | ******2432 | | 499.62    USD |



NBC Pittston Merchants, LLC    770 Cochituate Rd. Framingham, MA 01701
Brenda Rodriguez    207 Village Dr Taylor, PA 18517

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Brenda Rodriguez | NBC Pittston Merchants, LLC | 991122969 | 03/08/2026 | 03/14/2026 | 03/20/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 30.13 | 712.66 | 133.47 | 108.54 | 52.93 | 417.72 |
| YTD | 412.20 | 10,519.44 | 1,964.85 | 1,682.77 | 630.42 | 6,241.40 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| DC Incent | 03/08/2026 - 03/14/2026 | 0 | 0 | 49.76 | 618.92 | OASDI | 36.79 | 540.06 |
| Holiday | | | 0 | | 643.50 | Medicare | 8.60 | 126.30 |
| PTO Incent | | | 0 | | 49.56 | Federal Withholding | 37.50 | 642.54 |
| Prem OT Half | 03/08/2026 - 03/14/2026 | 0.13 | 11.8 | 1.54 | 15.41 | State Tax - PA | 18.22 | 267.42 |
| OT Earnings | 03/08/2026 - 03/14/2026 | 0.13 | 21.95 | 2.86 | 28.76 | SUI-Employee Paid - PA | 0.50 | 7.36 |
| Time Entry | 03/08/2026 - 03/14/2026 | 30 | 21.95 | 658.50 | 8,948.79 | City Tax - PTSTN | 5.93 | 87.09 |
| Vacation Pay | | | 0 | | 214.50 | PA LST - PTSTN | 1.00 | 12.00 |
| Earnings | | | | 712.66 | 10,519.44 | Employee Taxes | 108.54 | 1,682.77 |

| Pretax Deductions | | | Posttax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 10.30 | 164.80 | TJX 401K Loan (Loan 01) | 41.08 | 488.22 |
| Medical | 106.00 | 1,629.45 | Union Dues | 11.85 | 142.20 |
| TJX401K | 14.26 | 156.05 | | | |
| Vision Care | 2.91 | 14.55 | | | |
| Pretax Deductions | 133.47 | 1,964.85 | Posttax Deductions | 52.93 | 630.42 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 593.45 | 8,710.64 |
| Medicare - Taxable Wages | 593.45 | 8,710.64 |
| Federal Withholding - Taxable Wages | 579.19 | 8,554.59 |
| State Tax Taxable Wages - PA | 593.45 | 8,710.64 |
| City Tax Taxable Wages - PTSTN | 593.45 | 8,710.64 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | Personal Hours | 0 | 0 | 30 |
| Total Dependent Amount | 0 | | Sick Hours | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | Vacation Hours | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PNC | PNC ******2432 | ******2432 | | 417.72    USD |



NBC Pittston Merchants, LLC    770 Cochituate Rd. Framingham, MA 01701
Brenda Rodriguez    207 Village Dr Taylor, PA 18517

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Brenda Rodriguez | NBC Pittston Merchants, LLC | 991122969 | 03/15/2026 | 03/21/2026 | 03/27/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 35.20 | 803.89 | 135.29 | 130.05 | 52.93 | 485.62 |
| YTD | 447.40 | 11,323.33 | 2,100.14 | 1,812.82 | 683.35 | 6,727.02 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| DC Incent | 03/15/2026 - 03/21/2026 | 0 | 0 | 29.29 | 648.21 | OASDI | 42.45 | 582.51 |
| Holiday | | | 0 | | 643.50 | Medicare | 9.93 | 136.23 |
| PTO Incent | | | 0 | | 49.56 | Federal Withholding | 48.23 | 690.77 |
| Prem OT Half | 03/15/2026 - 03/21/2026 | 0.12 | 11.39 | 1.37 | 16.78 | State Tax - PA | 21.02 | 288.44 |
| OT Earnings | 03/15/2026 - 03/21/2026 | 0.12 | 21.95 | 2.64 | 31.40 | SUI-Employee Paid - PA | 0.57 | 7.93 |
| Time Entry | 03/15/2026 - 03/21/2026 | 35.08 | 21.95 | 770.01 | 9,718.80 | City Tax - PTSTN | 6.85 | 93.94 |
| Vacation Pay | | | 0 | | 214.50 | PA LST - PTSTN | 1.00 | 13.00 |
| DC Inc Adj | 03/08/2026 - 03/14/2026 | 0 | 0 | 0.58 | 0.58 | | | |
| Prem OT Half | 03/08/2026 - 03/14/2026 | -0.13 | -11.8 | -1.54 | | | | |
| Prem OT Half | 03/08/2026 - 03/14/2026 | 0.13 | 11.81 | 1.54 | | | | |
| Earnings | | | | 803.89 | 11,323.33 | Employee Taxes | 130.05 | 1,812.82 |

| Pretax Deductions | | | Posttax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 10.30 | 175.10 | TJX 401K Loan (Loan 01) | 41.08 | 529.30 |
| Medical | 106.00 | 1,735.45 | Union Dues | 11.85 | 154.05 |
| TJX401K | 16.08 | 172.13 | | | |
| Vision Care | 2.91 | 17.46 | | | |
| Pretax Deductions | 135.29 | 2,100.14 | Posttax Deductions | 52.93 | 683.35 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 684.68 | 9,395.32 |
| Medicare - Taxable Wages | 684.68 | 9,395.32 |
| Federal Withholding - Taxable Wages | 668.60 | 9,223.19 |
| State Tax Taxable Wages - PA | 684.68 | 9,395.32 |
| City Tax Taxable Wages - PTSTN | 684.68 | 9,395.32 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | Personal Hours | 0 | 0 | 30 |
| Total Dependent Amount | 0 | | Sick Hours | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | Vacation Hours | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PNC | PNC ******2432 | ******2432 | | 485.62    USD |