In re:                                                                Case No. 26-00897-MJC

Brenda Rodriguez                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                           Page 1 of 2

Date Rcvd: Apr 03, 2026                 Form ID: 309A                             Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Rodriguez, 207 Village Dr, Taylor, PA 18517-1062 |
| 5792886 | | AllianceOne Receivables Management, PO Box 1269, Oaks, PA 19456-1269 |
| 5792893 | | Credit First, Attn: Bankruptcy, BK11 Customer Service, Cleveland, OH 44181-0315 |
| 5792896 | | JPMorgan Chase Bank Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5792901 | + | Sheils Law Associates, P.C., 108 North Abington Road, Clarks Summit, PA 18411-2505 |
| 5792906 | + | The TJX Companies, Inc 401(k) Savings, 900 Salem Street, Smithfield, RI 02917-1243 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Apr 03 2026 18:40:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | ^ | MEBN | Apr 03 2026 18:38:37 | Lisa Ann Rynard, Law Office of Lisa A. Rynard, (Trustee), 240 Broad Street, Montoursville, PA 17754-2282 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Apr 03 2026 18:40:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5792887 | | Email/Text: bknotices@acsrecovery.com | Apr 03 2026 18:40:00 | Associated Credit Services, Inc., PO Box 1201, Tewksbury, MA 01876-0901 |
| 5792888 | | EDI: BANKAMER | Apr 03 2026 22:43:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 5792892 | | Email/Text: correspondence@credit-control.com | Apr 03 2026 18:40:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 5792889 | | EDI: CAPITALONE.COM | Apr 03 2026 22:43:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5792890 | + | Email/Text: bankruptcy@cavps.com | Apr 03 2026 18:40:00 | Cavalry SPV I, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 5792891 | | Email/Text: CantonRecoveryGroup@cbna.com | Apr 03 2026 18:40:00 | Community Bank N.A., Attn: Bankruptcy, 1 Tallman Ave, Canton, NY 13617-3604 |
| 5792894 | | Email/Text: bankruptcies@crownasset.com | Apr 03 2026 18:40:00 | Crown Asset Management, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 5792895 | | EDI: JPMORGANCHASE | Apr 03 2026 22:43:00 | JPMorgan Chase Bank Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5792897 | | EDI: AGFINANCE.COM | Apr 03 2026 22:43:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |

| 5792898 | Email/Text: inveniobkt@phillips-cohen.com | Apr 03 2026 18:40:00 | PCA Acquisitions V, LLC, 1002 Justison St, Wilmington, DE 19801-5148 |
|---|---|---|---|
| 5792900 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 03 2026 18:40:00 | PNC Bank N.A., PO Box 5580, Cleveland, OH 44101 |
| 5792899 + | Email/Text: pcabkt@phillips-cohen.com | Apr 03 2026 18:40:00 | Phillips & Cohen Associates, Ltd, 1002 Justison St, Wilmington, DE 19801-5148 |
| 5792904 | EDI: SYNC | Apr 03 2026 22:43:00 | Synchrony Bank, PO Box 960006, Orlando, FL 32896-0006 |
| 5792903 | EDI: SYNC | Apr 03 2026 22:43:00 | Synchrony Bank, PO Box 530949, Atlanta, GA 30353-0949 |
| 5792902 | EDI: SYNC | Apr 03 2026 22:43:00 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 5792905 | EDI: SYNC | Apr 03 2026 22:43:00 | Synchrony Bank/JC Penneys, PO Box 956060, Orlando, FL 32801 |
| 5792907 + | EDI: WFHOME | Apr 03 2026 22:43:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| 5792885 | ## | Abrahamsen Gidin LLC, 245 Main Street, Suite 100, Scranton, PA 18519-1641 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Brenda Rodriguez usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lisa Ann Rynard | larynard@larynardlaw.com  PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

Information to identify the case:

Debtor 1: **Brenda Rodriguez**
First Name   Middle Name   Last Name

Debtor 2:
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court:   Middle District of Pennsylvania

Case number:   5:26–bk–00897–MJC

Social Security number or ITIN:   xxx–xx–1479
EIN:   _ _–_ _ _ _ _ _ _

Social Security number or ITIN:   _ _ _ _
EIN:   _ _–_ _ _ _ _ _ _

Date case filed for chapter:   7   4/2/26

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brenda Rodriguez | |
| 2. | **All other names used in the last 8 years** | aka Brenda Rodriguez Rivera | |
| 3. | **Address** | 207 Village Dr<br>Taylor, PA 18517 | |
| 4. | **Debtor's attorney**<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570–341–9000<br><br>Email: usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lisa Ann Rynard<br>Law Office of Lisa A. Rynard<br>(Trustee)<br>240 Broad Street<br>Montoursville, PA 17754 | Contact phone 570–505–3289<br><br>Email: larynard@larynardlaw.com |

**For more information, see page 2 >**

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 | Hours open: Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 4/3/26 |
|---|---|---|---|

| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**\*Valid photo ID and proof of Social Security number are required\*** | **Date:  May 11, 2026 at 02:15 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 546 009 7117, Click on Join using passcode 7420254622, or call 1–272–239–0720<br><br> |

| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |

| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/10/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

Case 5:26-bk-00897-MJC   Doc 8   Filed 04/05/26   Entered 04/06/26 00:22:49   Desc
Imaged Certificate of Notice   Page 4 of 4