# SABATINI LAW FIRM, LLC

CARLO SABATINI
KRISTIN SABATINI

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

April 7, 2026

Bankruptcy Clerks Office
U.S. Bankruptcy Court
197 S. Main St.
Wilkes-Barre, PA 18701

> **RE:    In re Brenda Rodriguez**
> **5:26-bk-00897-MJC**

Dear Sir or Madam:

The notice sent to Abrahamsen Gindin, LLC in the above case was returned to my office because the address was incorrect. Kindly change the address for Abrahamsen Gindin, LLC on the mailing matrix to the following:

OLD ADDRESS:
Abrahamsen Gindin, LLC
245 Main Street, Suite 100
Scranton, PA 18519-1641

NEW ADDRESS:
Abrahamsen Gindin, LLC
2950 Express Dr S Ste 234
Islandia, PA 11749-1412

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

s/Tiffany Bator
Tiffany Bator
Paralegal

/tb

---

\* Board Certified - Consumer Bankruptcy Law - American Board of Certification