Carlo Sabatini, ID # 83831
Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Brenda Rodriguez, | Chapter 7 |
| Debtor | Case No. 5:26-bk-00897 |

## <u>CERTIFICATE OF SERVICE</u>

I, Amber Werner, hereby certify that I am today serving a true and correct copy of Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines upon the below creditor by depositing said document in the United States mail, first class, postage prepaid, addressed as follows:

Abrahamsen Gindin, LLC
2950 Express Dr S Ste 234
Islandia, PA 11749-1412

Dated: April 9, 2026

s/ Amber Werner
Amber Werner