# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Brenda Rodriguez, aka Brenda Rodriguez Rivera, | Chapter 7 |
| **Debtor 1** | Case No. 5:26−bk−00897−MJC |

Social Security No.:

xxx−xx−1479

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lisa Ann Rynard**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: July 15, 2026

**fnldecac** (05/18)