In re:

Brenda Rodriguez

    Debtor

Case No. 26-00897-MJC

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: admin        Page 1 of 2

Date Rcvd: Jul 15, 2026        Form ID: 318        Total Noticed: 24

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Rodriguez, 207 Village Dr, Taylor, PA 18517-1062 |
| 5792885 | | Abrahamsen Gidin LLC, 2950 Express Dr S Ste 234, Islandia, PA 11749-1412 |
| 5792886 | | AllianceOne Receivables Management, PO Box 1269, Oaks, PA 19456-1269 |
| 5792893 | | Credit First, Attn: Bankruptcy, BK11 Customer Service, Cleveland, OH 44181-0315 |
| 5792896 | | JPMorgan Chase Bank Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5792901 | + | Sheils Law Associates, P.C., 108 North Abington Road, Clarks Summit, PA 18411-2505 |
| 5792906 | + | The TJX Companies, Inc 401(k) Savings, 900 Salem Street, Smithfield, RI 02917-1243 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5792887 | | Email/Text: bknotices@acsrecovery.com | Jul 15 2026 18:50:00 | Associated Credit Services, Inc., PO Box 1201, Tewksbury, MA 01876-0901 |
| 5792888 | | EDI: BANKAMER | Jul 15 2026 22:48:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 5792892 | | Email/Text: correspondence@credit-control.com | Jul 15 2026 18:50:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 5792889 | | EDI: CAPITALONE.COM | Jul 15 2026 22:48:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5792890 | + | Email/Text: bankruptcy@cavps.com | Jul 15 2026 18:50:00 | Cavalry SPV I, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 5792891 | | Email/Text: CantonRecoveryGroup@cbna.com | Jul 15 2026 18:50:00 | Community Bank N.A., Attn: Bankruptcy, 1 Tallman Ave, Canton, NY 13617-3604 |
| 5792894 | | Email/Text: bankruptcies@crownasset.com | Jul 15 2026 18:50:00 | Crown Asset Management, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 5792895 | | EDI: JPMORGANCHASE | Jul 15 2026 22:48:00 | JPMorgan Chase Bank Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5792897 | | EDI: AGFINANCE.COM | Jul 15 2026 22:48:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5792898 | | Email/Text: inveniobkt@phillips-cohen.com | Jul 15 2026 18:50:00 | PCA Acquisitions V, LLC, 1002 Justison St, Wilmington, DE 19801-5148 |
| 5792900 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 15 2026 18:50:00 | PNC Bank N.A., PO Box 5580, Cleveland, OH 44101 |
| 5792899 | + | Email/Text: pcabkt@phillips-cohen.com | Jul 15 2026 18:50:00 | Phillips & Cohen Associates, Ltd, 1002 Justison St, Wilmington, DE 19801-5148 |
| 5792904 | | EDI: SYNC | Jul 15 2026 22:48:00 | Synchrony Bank, PO Box 960006, Orlando, FL 32896-0006 |
| 5792903 | | EDI: SYNC | Jul 15 2026 22:48:00 | Synchrony Bank, PO Box 530949, Atlanta, GA |

| | | | | 30353-0949 |
|---|---|---|---|---|
| 5792902 | | EDI: SYNC | | |
| | | | Jul 15 2026 22:48:00 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 5792905 | | EDI: SYNC | | |
| | | | Jul 15 2026 22:48:00 | Synchrony Bank/JC Penneys, PO Box 956060, Orlando, FL 32801 |
| 5792907 | + | EDI: WFHOME | | |
| | | | Jul 15 2026 22:48:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | |
| | on behalf of Debtor 1 Brenda Rodriguez usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lisa Ann Rynard | |
| | larynard@larynardlaw.com  PA88@ecfcbis.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Brenda Rodriguez** | Social Security number or ITIN | xxx–xx–1479 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:26–bk–00897–MJC

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brenda Rodriguez
aka Brenda Rodriguez Rivera

**By the court:**

7/15/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**